
**"UNDER SEAL"**

FILED
CHARLOTTE, NC

MAR 2 2 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:23CR72-RJC |
| | ) | |
| vs. | ) | |
| | ) | **MOTION TO SEAL** |
| KOTTO YAPHET PAUL, ET. AL. | ) | |

Now Comes the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and respectfully requests that the Bill of Indictment, Warrants, Order, and the Motion to Seal in the above referenced case be sealed to protect the secrecy of the on-going nature of the investigation.

This the 22nd day of March, 2023.

                                                DENA J. KING
                                                UNITED STATES ATTORNEY

                                                s/ Don D. Gast
                                                Assistant United States Attorney
                                                NC Bar No. 23801
                                                100 Otis Street
                                                Asheville, NC 28801
                                                Telephone: 828-271-4661
                                                Fax: 828-271-4670
                                                E-mail: don.gast@usdoj.gov