AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
Charlotte
Jun 01 2023
U.S. District Court
Western District of N.C.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| (3) Bruce Howard Marko | ) | Case No. 3:23-cr-72-003 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  (3) Bruce Howard Marko,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Wire Fraud and Bank Fraud.

Date: 3/22/2023

*Issuing officer's signature*

City and state: CHARLOTTE, NORTH CAROLINA

Frank G. Johns, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 3·22·23, and the person was arrested on *(date)* 5·31·23
at *(city and state)* Charlotte, NC.

Date: 5·31·23

*Arresting officer's signature*

NICHOLAS POMPEI  Special Agent
*Printed name and title*
IRSCI

Case: 3:23-cr-00072-RJC-DSC *SEALED*  Document 6  Filed 03/22/2023  Page 1 of 1