IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:23-cr-00072

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| BRUCE HOWARD MARKO | ) |
| | ) |

## NOTICE OF APPEARANCE

NOW COMES Attorney W. Rob Heroy and submits this Notice of Appearance to appear as counsel on behalf of Mr. Marko in the above-captioned matter.

WHEREFORE, the defense asks the Court to allow Rob Heroy to serve as counsel of record for Mr. Marko.

This the 14th day of June, 2023.

 

Respectfully submitted,

s/Rob Heroy_____
Rob Heroy
Bar No. 35339
Attorney for Defendant
Goodman Carr, PLLC
301 S. McDowell St., #602
Charlotte, NC 28204
Phone: 704-372-2770
E-mail: rheroy@goodmancarr.net

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing NOTICE OF APPEARANCE on opposing counsel, via ECF using the CM-ECF system, which will send notice of such filing to all registered CM/ECF users.

This the 14th day of June, 2023.

Respectfully submitted,

s/ W. Rob Heroy
W. Rob Heroy
Bar No. 35339
Attorney for Defendant
Goodman Carr, PLLC
301 S. McDowell St., #602
Charlotte, NC 28204
Phone: 704-372-2770
E-mail: rheroy@goodmancarr.net